UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FREDDY COLON RODRIGUEZ,

                    Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, NEW YORK CITY BOARD OF
CORRECTION, AND THE CITY OF NEW YORK,

                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 8126 (GBD)

        **PLEASE TAKE NOTICE** that **Anna Nguyen**, Assistant Corporation Counsel, should be added as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants New York City Department of Correction, New York City Board of Correction, and the City of New York effective immediately.

Dated:  New York, New York
         October 4, 2007

                                          MICHAEL A. CARDOZO
                                        Corporation Counsel
                                        of the City of New York
                                        Attorney for Defendants
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-0971

                               By:       /s/
                                          Anna Nguyen
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

CC:    BY MAIL
        Freddy Colon Rodriguez
        918 Dumont Street, Apt. 1-F
        Brooklyn, NY 11207