UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

FREDDY COLON RODRIGUEZ,

                                  Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTION,
NEW YORK CITY BOARD OF CORRECTION AND
THE CITY OF NEW YORK,

                                  Defendants.

------------------------------------------------------------------- x

**NOTICE OF MOTION**

07 CV 8126 (GBD)

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law dated November 21, 2007, the declaration of Anna Nguyen dated November 21, 2007, the exhibit attached thereto, and upon all the prior pleadings and proceedings had herein, defendants New York City Department of Correction, New York City Board of Correction, and the City of New York will move this Court before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse for the Southern District Court of New York, located at 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff Freddy Colon Rodriguez's complaint against the defendants, with prejudice, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that opposition papers, if any, shall be served on the undersigned or before December 21, 2007.

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served on or before January 11, 2008.

Dated:    New York, New York
              November 21, 2007

                        Michael A. Cardozo
                        Corporation Counsel of the
                        City of New York
                        Attorney for Defendants New York City
                        Department of Correction, New York City Board of
                        Correction, and the City of New York
                        100 Church Street
                        New York, New York 10007
                        (212) 788-0971

               By:   _____
                        Anna Nguyen
                        Assistant Corporation Counsel
                        Special Federal Litigation Division

To:    <u>BY MAIL</u>
        Freddy Colon Rodriguez
        Plaintiff <u>Pro Se</u>
        918 Dumont St., Apt. 1-F
        Brooklyn, NY 11207