UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

FREDDY COLON RODRIGUEZ,

                                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTION,
NEW YORK CITY BOARD OF CORRECTION AND
THE CITY OF NEW YORK,

                              Defendants.

------------------------------------------------------------------ x

**DECLARATION OF ANNA NGUYEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. 12(B)(6).**

07 CV 8126 (GBD)

      **ANNA NGUYEN**, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true:

1.     I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants New York City Department of Correction, New York City Board of Correction, and the City of New York. As such, I am familiar with the facts and circumstances of this action. I make this declaration in support of Defendants' Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted.

2.     In support of their motion, defendants submit the exhibit described below.

3. Annexed as Exhibit "A" is a copy of the complaint in the instant action.

Dated: New York, New York
November 21, 2007

                    Michael A. Cardozo
                    Corporation Counsel of the
                    City of New York
                    Attorney for Defendants New York City
                    Department of Correction, New York City Board of
                    Correction, and the City of New York
                    100 Church Street
                    New York, New York 10007
                    (212) 788-0971

By: _____
      Anna Nguyen
      Assistant Corporation Counsel
      Special Federal Litigation Division

To: BY MAIL
Freddy Colon Rodriguez
Plaintiff Pro Se
918 Dumont St., Apt. 1-F
Brooklyn, NY 11207