## DECLARATION OF SERVICE

I, Anna Nguyen declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that on **November 21, 2007** I served the annexed **Notice of Motion, Local Rule 56.2 Notice to Pro Se Litigants Opposing Motion for Summary Judgment,** and **Declaration of Anna Nguyen in Support of Defendants' Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** upon the following individual by depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the said plaintiff pro se at the address set forth herein, being the address designated by said plaintiff for that purpose, to wit:

>Freddy Colon Rodriguez
>Plaintiff Pro Se
>918 Dumont St., Apt. 1-F
>Brooklyn, NY 11207

Dated:   New York, NY
         November 21, 2007

                                              _____
                                              Anna Nguyen
                                              Assistant Corporation Counsel
                                              Special Federal Litigation

Index No. 07 Civ. 8126 (GBD)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDDY COLON RODRIGUEZ,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTION, NEW YORK CITY BOARD OF CORRECTION AND THE CITY OF NEW YORK,

Defendants.

---

**NOTICE OF MOTION, STATEMENT PURSUANT TO LOCAL RULE 56.2, AND DECLARATION OF ANNA NGUYEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

---

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants New York City Department of Correction, New York City Board of Correction and the City of New York*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Anna Nguyen*
*Tel: (212) 788-0971*
*NYCLIS No.2007-029215*

---

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................., 200......*

*................................................................................. Esq.*

*Attorney for ...............................................................*