## **DECLARATION OF ECF FILING**

       I, Anna Nguyen, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that on **November 21, 2007**, I attempted to file the annexed **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**, **LEXIS NEXIS CASES**, **DECLARATION OF ANNA NGUYEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**, **ANNEXED COPY OF THE COMPLAINT MARKED AS EXHIBIT "A"** and **DECLARATION OF SERVICE** and serve upon the following individual, through the Electronic Case Filing ("ECF") of the Southern District of New York; however, please note that ECF was unavailable for a period of time on November 21, 2007 until November 26, 2007. The annexed documents were served on plaintiff by mail on November 21, 2007, with courtesy copies to the Court delivered by hand on November 23, 2007, and is being filed by ECF today **November 26, 2007**, to wit:

    Honorable George B. Daniels
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, NY 10007

Dated:  New York, New York
         November 26, 2007

                                                      _____/s/_____
                                                      Anna Nguyen
                                                      Assistant Corporation Counsel
                                                     Special Federal Litigation Division