UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FREDDY COLON RODRIGUEZ,

                       Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTION,
NEW YORK CITY BOARD OF CORRECTION, and
THE CITY OF NEW YORK,

                       Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 8126 (GBD)(MHD)

       **PLEASE TAKE NOTICE** that **Bradford C. Patrick**, Assistant Corporation Counsel, should be added as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the New York City Department of Correction, the New York City Board of Correction, and the City of New York, having replaced Assistant Corporation Counsel Anna Nguyen, effective immediately.

Dated: New York, New York
       March 4, 2008

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel
                                       of the City of New York
                                       Attorney for Defendants
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 788-1575

                                       By:       /s/
                                              Bradford C. Patrick
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

-2-

CC:    BY MAIL
        Freddy Colon Rodriguez
        Plaintiff Pro Se
        918 Dumont St., Apt. 1-F
        Brooklyn, NY 11207

## DECLARATION OF SERVICE BY FIRST CLASS MAIL

I, Bradford C. Patrick declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that on **March 4, 2008**, I served the annexed **Notice of Appearance** upon the following individual by depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the said plaintiff pro se at the address set forth herein, being the address designated by said plaintiff for that purpose, to wit:

> Freddy Colon Rodriguez
> Plaintiff Pro Se
> 918 Dumont St., Apt. 1-F
> Brooklyn, NY 11207

Dated:   New York, NY
         March 4, 2008

_____/s/_____
Bradford C. Patrick
Assistant Corporation Counsel
Special Federal Litigation

Index No. 07 CV 8126 (GBD)(MHD)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| FREDDY COLON RODRIGUEZ,<br><br>               Plaintiff,<br><br>- against -<br><br>NEW YORK CITY DEPARTMENT OF CORRECTION, NEW YORK CITY BOARD OF CORRECTION, and THE CITY OF NEW YORK,<br><br>               Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br><br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants New York City Department of Correction, New York City Board of Correction, and the City of New York*<br><br>*100 Church Street*<br>*New York, N.Y.  10007*<br>*Of Counsel: Bradford C. Patrick*<br>*Tel:  (212) 788-1575*<br>*NYCLIS No. 2007-029215* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ...................................., 200*<br><br>*............................................................Esq.*<br><br>*Attorney for ............................................................* |