```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FREDDY COLON-RODRIGUEZ,
                                          :
          Plaintiff,
                                          :     ORDER
     -against-
                                          : 07 Civ. 8126(GBD)(MHD)

                                          :
NEW YORK CITY DEPARTMENT OF CORRECTION,
NEW YORK CITY BOARD OF CORRECTION, and    :
THE CITY OF NEW YORK,
          Defendants.                     :
------------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **TUESDAY, APRIL 28, 2009 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       April 20, 2008

                SO ORDERED.


                _____
                MICHAEL H. DOLINGER
                UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Mr. Freddy Colon Rodriguez
918 Dumont Avenue, Apt. #1-F
Brooklyn, N.Y. 11207


Bradford C. Patrick, Esq.
Asst. Corporation Counsels
The City of New York Law Department
100 Church Street
New York, N.Y. 10007